JACOB J. KIRSHENBAUM v. GENERAL OUTDOOR ADVERTISING CO., INC., and ELIZABETH W. CHAPMAN.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH KRAMER v. KENNETH VAN STRUM, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of THE CENTRAL REPUBLICAN CLUB.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OLLIE JOHNSON IJAMES, as Administratrix, etc., of JOSEPH STARR JOHNSON, Deceased, v. BETA STEAMSHIP CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

A. LINCOLN SCOTT v. FIRST NATIONAL BANK and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KRAGUS REALTY COMPANY, INC., against THE TENEMENT HOUSE DEPARTMENT OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of DANIEL EPSTEIN against THE TENEMENT HOUSE DEPARTMENT OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEVENTH NATIONAL BANK OF NEW YORK v. MORRIS SONNENBLUM and Others, and LOUIS H. SOLOMON.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAMPORT MFG. SUPPLY CO., INC., v. WHITE DUCK MANUFACTURING OUT-FITTING CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES J. JOLESCH v. GUS K. WORMS and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAULINE SPRINGER v. " MAX " FOX and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNA WEINGARTEN v. CHARLES KRAMER and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRVING G. FRIED v. JOSEPH FELDMAN and BEBE SILBERMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS J. EHRET HOLDING CORPORATION v. 489 PARK AVENUE, INC., and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.